IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SULLENA STATON                       :        CIVIL ACTION
                                     :
        v.                           :
                                     :
COMMONWEALTH OF PENNSYLVANIA,         :        NO. 25-4866
et al.                               :

ORDER

AND NOW, this 28th day of May 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendants the Commonwealth of Pennsylvania and Debra L. Bogen, in her official capacity as the Secretary of the Pennsylvania Department of Health, to dismiss the second amended complaint as to them (Doc. #24) is GRANTED;

(2)  the motion of the defendants Jefferson Health-Abington Hospital and Jefferson Health Network to dismiss the second amended complaint as to them (Doc. #25) is DENIED; and

(3) the court will retain supplemental jurisdiction of the remaining claim under 28 U.S.C. § 1367.


                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.