IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SULLENA STATON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFERSON HEALTH-ABINGTON, et al. | : | NO. 25-4866 |
| | : | |

ORDER

AND NOW, this 15th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the amended motion of defendant to preclude plaintiff from introducing evidence to recover emotional distress damages related to her breach of contract claim (Doc. #56) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.