IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SULLENA STATON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFERSON HEALTH-ABINGTON, et al. | : | NO. 25-4866 |
| | : | |

ORDER

AND NOW, this 27th day of October 2026, it is hereby ORDERED that the motion of plaintiff for reconsideration of the Orders at ECF Nos. 66 and 67 or, in the alternative, for clarification or certification under 28 U.S.C. § 1292(b) (Doc. #68) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.