IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SULLENA STATON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFERSON HEALTH-ABINGTON, et al. | : | NO. 25-4866 |

ORDER

AND NOW, this 27th day of October 2026, it is hereby ORDERED that the motion of plaintiff for a status conference pursuant to Federal Rule of Civil Procedure 16(a) (Doc. #69) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.